

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00356-CR

### EX PARTE Juan ENRIQUEZ

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 3862-G
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order denying habeas corpus relief is AFFIRMED.

SIGNED August 8, 2018.

_____
Rebeca C. Martinez, Justice